Filing # 116030366 E-Filed 11/03/2020 08:47:29 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

JOSE NUNEZ,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

GENERAL JURISDICTION DIVISION

CASE NO.: 2020-023649-CA-01

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, JOSE NUNEZ, by and through the undersigned counsel, hereby sues the Defendant, TARGET CORPORATION and alleges:

### JURISDICTION

1. This is an action for damages which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

### PARTIES

2. At all times material hereto, the Plaintiff, JOSE NUNEZ, was and is a resident of Miami-Dade County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, TARGET CORPORATION, was and is a Florida Corporation organized under the Laws of the State of Florida and doing business in Miami, Miami-Dade County, Florida.

### VENUE

4. Venue is proper in this County in that the Defendant does business in Miami-Dade County, Florida, and/or all of the acts complained of herein occurred in Miami-Dade County, Florida.



EXHIBIT A

## GENERAL ALLEGATIONS

5. That on or about July 16, 2018, the Plaintiff, **JOSE NUNEZ**, was a business invitee of the Defendant, **TARGET CORPORATION's** premises located at or near 15005 S.W. 88th Street, Miami, FL 33196.

## COUNT I - NEGLIGENCE CLAIM AGAINST TARGET STORE # 0746

6. Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

7. That at all times material hereto, and specifically on July 16, 2018, Defendant, **TARGET CORPORATION**, owned, managed, controlled, operated, and/or maintained the premises located at 15005 S.W. 88th Street, Miami, FL 33196, in Miami-Dade County.

8. That on or about July 16, 2018, the Plaintiff, **JOSE NUNEZ**, was lawfully in Defendant, **TARGET CORPORATION's** premises, when he slipped and fell on a liquid substance, believed to be liquid detergent or other similar liquid substance, causing him to sustain severe and permanent injuries.

9. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

10. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

    a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as liquid detergent and/or other similar substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

    b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

- 2 -

c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

d. By failing to remove said liquid detergent or other similar liquid substance from the floor of the premises; and/or

e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a liquid detergent and/or a similar liquid substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

11. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

12. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

13. As a direct and proximate result of the aforementioned negligence of the Defendant, **TARGET CORPORATION**, the Plaintiff, **JOSE NUNEZ**, slipped on a liquid substance and/or a similar liquid substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of

earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, JOSE NUNEZ will suffer the losses into the future.

WHEREFORE, Plaintiff, JOSE NUNEZ, hereby demands judgment for damages, costs and interest from the Defendant, TARGET CORPORATION, together with whatever other relief the Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

The Plaintiff, JOSE NUNEZ, hereby demands trial by jury of all issues so triable as a matter of right.

Dated: November 3, 2020

                                                                                    RUBENSTEIN LAW, P.A.
Attorneys for Plaintiff
9130 S. Dadeland Blvd.
Penthouse Suite
Miami, FL 33156
Phone: (305) 661-6000
Fax: (305) 670-7555
Email: aaron@rubensteinlaw.com
       crencurrell@rubensteinlaw.com
       eservice@rubensteinlaw.com

By:   */s/ Aaron Feuer*
      AARON FEUER
      Florida Bar No.: 100542